UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JULIE GRIZZLE,

    Plaintiff,

v.

CAROLYNN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

Case No. 12-cv-942-JPG-CJP

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 25) of Magistrate Judge Clifford J. Proud recommending that the Court reverse the Commissioner's final decision denying plaintiff Julie Grizzle's application for disability insurance benefits and remand this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for rehearing and reconsideration of the evidence and for a new decision.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 25);
- **REVERSES** the Commissioner's final decision denying plaintiff Julie Grizzle's application for disability insurance benefits;

- **REMANDS** this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for rehearing and reconsideration of the evidence and for a new decision; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   December 19, 2013**

                                                  s/J. Phil Gilbert
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**